Charlotte F. Law, Appellant, v. Philip E. Sacken and Eliza A. Sacken, Respondents.— Judgment of the Municipal Court affirmed, with costs. No

opinion.    Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.